UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-10615 |
| | ) |
| DOVGAL ENTERPRISES, LLC, | ) Chapter 111 |
| | ) |
| Debtor. | ) |
| | ) Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO GOLDSTINE, SKORDZKI, RUSSIAN, NEMEC AND HOFF, LTD., SPECIAL
COUNSEL FOR DOVGAL ENTERPRISES, LLC, FOR ALLOWANCE AND PAYMENT OF
FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED:   $ 30,202.77      TOTAL COSTS REQUESTED:   $ 171.27

TOTAL FEES REDUCED:   $ 2,548.25      TOTAL COSTS REDUCED:   $ 68.10
TOTAL FEES ALLOWED:   $ 27,654.52      TOTAL COSTS ALLOWED:   $ 103.17

TOTAL FEES AND COSTS ALLOWED: $27,757.69

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.

(1)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,241.00

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

(2)      Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 1,307.25

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour."  *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.).  This penalty will be imposed where time increments larger than one-tenth of an hour are being used.  For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

(3)      <u>Overhead Costs are Non-Compensable – TOTAL of disallowed amounts: $ 68.10</u>

        The Court denies reimbursement for fees or expenses that are overhead costs.  Expenses which are overhead are not compensable because they are built into the hourly rate.  *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987) (Schmetterer, J.).  Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost."  *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (Sonderby, J.) (*quoting In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985) (Toles, J.)).

Dated:  <u>January</u> 15, 2025

                                                Timothy A. Barnes, Judge
                                                United States Bankruptcy Court

Form G-8

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  DOVGAL ENTERPRISES, LLC      )

)

)    Bankruptcy No. _____24-10615_____

)

Debtor.    )    Chapter    _____11_____

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant:  Goldstine, Skordzki, Russian, Nemec and Hoff, Ltd. _____

Authorized to Provide Professional Services to:_____ Dovgal Enterprises, LLC _____

Date of Order Authorizing Employment:  September 18, 2024 _____

Period for Which Compensation is Sought:

From _____August 13_____, __2024__ through_____January 6_____, __2025__

Amount of Fees Sought:  $ 30,202.77 _____

Amount of Expense Reimbursement Sought:  $171.27

This is an:    Interim Application ____      Final Application  ✓ ____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered Date: | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

_____January 7, 2025_____        _____/s/Scott R. Clar_____

                                                 (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )
                                        )          Case No. 24-10615
Dovgal Enterprises, LLC                 )
                                        )          Hon. Timothy A. Barnes
            Debtor/Debtor-in-Possession.)
                                        )          Chapter 11
                                        )

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 15th day of January 2025 at 9:30 a.m., I will appear before the **Honorable Timothy A. Barnes** or any judge sitting in that judge's place **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL, **or** electronically, as described below, and present the **First and Final Fee Application of Goldstine, Skrodzki, Russian, Nemec ad Hoff, Ltd. as Special Counsel for the Debtor on Shortened Notice**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**
**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., # 3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com

## CERTIFICATE OF SERVICE

I, Scott R. Clar, certify that I served a copy of the foregoing Notice and attached Motion on each entity shown on the attached service list at the address shown either electronically via the Court's electronic registry/email/first class mail (as indicated) on the 7th day of January 2025.


/s/Scott R. Clar


## SERVICE LIST

**Served Via ECF:**

- **Robert R. Benjamin**    rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com;rtryzbiak@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- **Adam Brief**    Ustpregion11.es.ecf@usdoj.gov
- **Jillian S Cole**    jcole@taftlaw.com, wserritella@taftlaw.com,chi_docket_assist@taftlaw.com,lsterling@taftlaw.com
- **O Allan Fridman**    allanfridman@gmail.com, Fridman@IAmTheWolf.com;R64737@notify.bestcase.com
- **Derrick Loving**    ddloving@gct.law
- **Craig Mordock**    cmordock@gmail.com
- **Derek D Samz**    ddsamz@gct.law, mrussell@dimontelaw.com
- **Stephen Scallan**    stevescallan@staesandscallan.com


**Served Via Email**

- **Cook County Treasurer's Office**  Lbankruptcy@cookcountytreasurer.com
- **Alina Kim**  Alina@altexlogistics.com
- **Oleksandr Dovgal**  a.dovgal@dvlexpress.com
- **Chris Nelson**  cnelson@lee-associates.com
- **William Brennan, Goldstine, Skrodzki, Russian, Nemec & Hoff**  wmb@gsrnh.com
- **Internal Revenue Service**  Jennifer.r.alvarez@irs.gov

## SERVICE LIST

### Via Court's Electronic Registration

- **Robert R. Benjamin**   rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com;rtryzbiak@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- **Adam Brief**   Ustpregion11.es.ecf@usdoj.gov
- **Scott R Clar**   sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- **Jillian S Cole**   jcole@taftlaw.com, wserritella@taftlaw.com,chi_docket_assist@taftlaw.com,lsterling@taftlaw.com
- **O Allan Fridman**   allanfridman@gmail.com, Fridman@IAmTheWolf.com;R64737@notify.bestcase.com
- **Derrick Loving**   ddloving@gct.law
- **Craig Mordock**   cmordock@gmail.com
- **Derek D Samz**   ddsamz@gct.law, mrussell@dimontelaw.com
- **Stephen Scallan**   stevescallan@staesandscallan.com

### Served Via Email

- **Cook County Treasurer's Office**  Lbankruptcy@cookcountytreasurer.com
- **Alina Kim**  Alina@altexlogistics.com
- **Oleksandr Dovgal**   a.dovgal@dvlexpress.com
- **Chris Nelson**   cnelson@lee-associates.com
- **William Brennan, Goldstine, Skrodzki, Russian, Nemec & Hoff**   wmb@gsrnh.com
- **Internal Revenue Service**   Jennifer.r.alvarez@irs.gov

### Via US Mail

Goldstine Skrodzki, Russian Nemec & Hoff
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527-0860

Altex Logistics, Inc.
2064 W. 167th Street
Markham, IL 60428-5605

Byline Bank
William J. Serritella, Jr.
111 E. Wacker, Suite 2600
Chicago IL 60601-4208

Cook County Treasurer's Office
118 N Clark Street, Room 112
Chicago, IL 60602-1590

Dovgal Express, Inc.
2064 W 167th Street
Markham, IL 60428-5605

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Oleksandr Dovgal
1032 Cypress Lane
Elk Grove Village, IL 60007-4008

Unibox Warehouse, Inc
2064 W. 167 Street
Markham, IL 60428-5605
Department of the Treasury

-1-

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Byline Bank
Attn: Payroll/K Walters
180 N. LaSalle St., Suite 300
Chicago, IL 60601-3110

Cool Goat Corp.
3026 Brighton 14th Street A2
Brooklyn, NY 11235-5535

DVL Express, Inc.
2064 W. 167th Street
Markham, IL 60428-5605

Oleksandr Dovgal
c/o Golan Christie Taglia LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602-4265

Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn, Room 873
Chicago, IL 60604-2027

Dovgal Enterprises, LLC
2064 W. 167th St.
Markham, IL 60428-5605

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL 60604-1702

Byline Bank
PO Box 7969
Carol Stream, IL 60197-7969

Cook County Treasurer
PO Box 805438
Chicago, IL 60680-4155

Dovgal Express
2064 W. 167th Street
Markham, Illinois 60428-5605

Illinois Dept. of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Markham Truck Center, Inc.
2120 W. 167th Street
Markham, IL 60428

Oleksandr Dovgal
c/o Golan Christie Taglia LLP
Attn: Robert R. Benjamin
70 W. Madison St., Suite 1500
Chicago, IL 60602-4265

-2-

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-10615 |
| Dovgal Enterprises, LLC | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |
| | ) | |

**FIRST AND FINAL FEE APPLICATION OF THE FIRM
OF GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.,
AS SPECIAL COUNSEL FOR THE DEBTOR ON SHORTENED NOTICE**

NOW COMES GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.,

("GSRNH"), special counsel for DOVGAL ENTERPRISES, LLC, an Illinois limited liability

company, Debtor/Debtor-in-Possession herein ("Debtor") and for their motion pursuant to

§§ 330 and 331 of the Bankruptcy Code for First and Final Allowance and Payment of

Compensation and Reimbursement of Expenses on Shortened Notice (the "Motion"),

respectfully states as follows:

**INTRODUCTION**

1.      On July 23, 2024, the Debtor filed its voluntary petition for relief under

Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtor has been operating its business and managing its financial

affairs as debtor-in-possession since the Petition Date.

3.      No trustee or official committee of unsecured creditors has been appointed

in the Debtor's Chapter 11 case.

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections

157 and 1334.

-1-

5.      This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

6.      The statutory predicates for the relief requested in this Motion are Sections 330 and 331 of the Bankruptcy Code.

## RELEVANT FACTUAL BACKGROUND

7.      The Debtor is an Illinois limited liability company engaged in the leasing and ownership of commercial real property located at 2064 W. 167th Street, Markham, Illinois (the "Property").

8.      The members of the Debtor are Alina Kim (50%) and Oleksandr Dovgal (50%) (the "Members"). During the Debtor's Chapter 11 case, the Members have not always agreed on certain issues, rendering representation of the Debtor by GSRNH difficult at times.

9.      All of the entities occupying the Property are owned or controlled by the Members. Those entities are as follows:

A) Dovgal Express Inc.
B) Unibox Warehouse Inc.
C) Markham Truck Center, Inc.
D) Altex Logistics Inc.

## Sale of the Property

10.     On October 24, 2024, this Court entered an Order authorizing the Debtor to sell the Property free and clear of liens for the sum of $8 million to Sam's Express Prime (the "Sale").

10.     On January 3, 2025, the Sale closed. The Sale of the Property resulted in the payment of the claims of all creditors. After payment of all the Debtor's creditors, the approximate sum of $3.6 million has been deposited in the IOLTA trust account of the

Debtor's bankruptcy counsel (the "Remaining Proceeds").[1] The Members have agreed to a 50/50 split of the Remaining Proceeds, after the payment of allowed professional fees to Debtor's bankruptcy counsel and special real estate counsel.

**Employment of GSRNH**

11. On September 18, 2024, this Court entered an Order authorizing the Debtor to employ William Brennan and the firm of GSRNH as special counsel.

12. By this Motion, GSRNH requests an allowance of interim compensation and reimbursement of expenses in the amount of $30,202.77 for the period commencing August 13, 2024, through and including January 6, 2025, and authorization for the Debtor to pay fees and expenses.

13. Time spent in the Debtor's Chapter 11 case by GSRNH has been in connection with the Sale of the Property. All of the time spent directly benefited the Debtor in its Chapter 11 case, which resulted in full payment to all creditors, and will ultimately result in dismissal of the Debtor's Chapter 11 case.

14. The hourly rates charged by GSRNH for legal services rendered in this bankruptcy case range between $275 and $475. The majority of the legal services rendered were by William M. Brennan at the rate of $450.00. These hourly rates are the customary and usual rates which GSRNH charges clients in connection with legal matters.

15. The total time expended by GSRNH attorneys in connection with this Subchapter V Chapter 11 case during the period commencing August 13, 2024, through and including January 6, 2025, is $30,202.77.

---

[1] A Motion to Distribute the Remaining Proceeds was filed and is filed and scheduled to be heard on January 15, 2025.

-3-

## LEGAL SERVICES RENDERED

Legal services rendered by GSRNH, and the benefits conferred by these services are more fully described in the invoices attached hereto as **Exhibit A.**

## EXPENSES INCURRED

16.    During the course of the representation of the Debtor, GSRNH has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing August 14, 2024, through and including January 6, 2025, is $171.27.  This amount is included in the invoices that are attached as Exhibit A.

## NOTICE

17.    The Debtor requests that notice of this Motion required by Rule 2002 of the Federal Rules of Bankruptcy Procedure be shortened to the eight (8) days notice given, in order to coordinate with motions already filed to distribute funds and to dismiss the Debtor's Chapter 11 Case.  Shortened Notice is appropriate in that the Debtor's Creditors have all been paid.

## CONCLUSION

18.    Other than as provided in Section 504(b) of the Bankruptcy Code, GSRNH has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.  No promises concerning compensation have been made to  GSRNH by any person, firm or entity.

19.    GSRNH asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  GSRNH further asserts

that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

20.    GSRNH asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtors.

WHEREFORE, for the foregoing reasons, William Brennan and the law firm of Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd, special counsel for the Debtor, prays for the entry of an order pursuant to Sections 330 and 331 of the Bankruptcy Code, as follows:

A.    Allowing final compensation and reimbursement of expenses to GSRNH in the amounts of $30,202.77  and $171.27, respectively, for services provided from the period commencing August 13, 2024, through and including January 6, 2025;

B.    Authorizing the Debtor to pay any allowed sums to GSRNH;

C.    Approving this Motion on shortened notice and deeming notice given as adequate under the circumstances, and

D.    Granting such other relief as may be just and equitable.

Respectfully submitted,

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD

By: /s/Scott R. Clar
          One of its Debtor's attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

January 06, 2025

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

**Client   018564   Dovgal Enterprises, LLC**
**Matter   00003   Sale of 2064 West 167th Street**

Our records indicate that the following invoices are outstanding:

| INVOICE NUMBER | INVOICE DATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 172795 | 09/05/2024 | 578.10 | 578.10 |
| 173198 | 10/02/2024 | 4,717.50 | 4,717.50 |
| 173648 | 11/05/2024 | 6,013.75 | 6,013.75 |
| 173988 | 12/03/2024 | 2,316.25 | 2,316.25 |
| 174428 | 01/03/2025 | 14,688.17 | 14,622.17 |
| 174556 | 01/06/2025 | 1,955.00 | 1,955.00 |
| | | Balance Now Due: | $30,202.77 |

**EXHIBIT A**

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860

Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

|  |  |  |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Billed Date: | 09/05/2024 | |
| Bill No: | 172795 | |
| Billed Through: | 08/31/2024 | |

Re:   Sale of 2064 West 167th Street, Illinois 60428

| | |
|---|---|
| TOTAL SERVICES FOR THIS MATTER | $510.00 |
| TOTAL EXPENSES FOR THIS MATTER | $68.10 |
| TOTAL CHARGES FOR THIS BILL | $578.10 |
| NET BALANCE FORWARD | $15,003.68 |
| **TOTAL BALANCE NOW DUE** | **$15,581.78** |

## REMITTANCE COPY

*Please Return Remittance Copy With Your Payment.*

*For Your Convenience, We Accept Visa, MasterCard, Discover and American Express.
Payments can be made online at WWW.GSRNH.COM (select the "Pay Online" menu option).
Please Contact Our Accounts Receivable Department With Any Questions.*

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

| | | |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Bill Date: | 09/05/2024 | |
| Bill No: | 172795 | |
| Billed Through: | 08/31/2024 | |

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF | 08/02/2024 | $15,003.68 |
| PAYMENTS RECEIVED | | $0.00 |
| NET BALANCE FORWARD | | $15,003.68 |

Re:   Sale of 2064 West 167th Street, Illinois 60428

## FOR PROFESSIONAL SERVICES RENDERED

| 08/13/24 | WMB | Phone conference with broker re: matter status; Phone conference with S. Clar (bankruptcy attorney) re: matter status and special counsel appointment to represent clients for real estate sale; Phone conference with Scott, Alek and Alina for same; | 0.60 hrs |
|---|---|---|---|
| 08/26/24 | WMB | Confer with bankruptcy attorney for special counsel engagement; Prepare engagement letter for same and send to clients for review and execution; | 0.35 hrs |
| 08/28/24 | WMB | Review correspondence from Cook County; Send same to clients with transmittal for review and response; | 0.25 hrs |

|  | | |
|---|---|---|
| Charges for Services | 1.20  hrs | $510.00 |

## REIMBURSABLE EXPENSES

| 08/22/24 | WESTLAW Computer Assisted Legal Research [WHH]; | $68.10 |
|---|---|---|

| | |
|---|---|
| Charges for Expenses | $68.10 |

### BILLING SUMMARY

| | |
|---|---|
| TOTAL SERVICES | $510.00 |
| TOTAL EXPENSES | $68.10 |

Client Number      018564      Matter Number  00003      PAGE      2

**TOTAL NEW CHARGES** **$578.10**

NET BALANCE FORWARD $15,003.68

**TOTAL BALANCE NOW DUE** **$15,581.78**

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

| | |
|---|---|
| Client No: | 018564 |
| Matter No: | 00003        WMB |
| Billed Date: | 10/02/2024 |
| Bill No: | 173198 |
| Billed Through: | 09/30/2024 |

Re:    Sale of 2064 West 167th Street, Illinois 60428

| | |
|---|---:|
| TOTAL SERVICES FOR THIS MATTER | $4,717.50 |
| TOTAL CHARGES FOR THIS BILL | $4,717.50 |
| NET BALANCE FORWARD | $15,581.78 |
| **TOTAL BALANCE NOW DUE** | **$20,299.28** |

## REMITTANCE COPY

*Please Return Remittance Copy With Your Payment.*

*For Your Convenience, We Accept Visa, MasterCard, Discover and American Express.
Payments can be made online at WWW.GSRNH.COM (select the "Pay Online" menu option).
Please Contact Our Accounts Receivable Department With Any Questions.*

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

**835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860**
**Telephone (630) 655-6000 . Facsimile (630) 655-9808**

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

|  |  |  |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Bill Date: | 10/02/2024 | |
| Bill No: | 173198 | |
| Billed Through: | 09/30/2024 | |

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF | 09/05/2024 | $15,581.78 |
| PAYMENTS RECEIVED | | $0.00 |
| NET BALANCE FORWARD | | $15,581.78 |

Re:   Sale of 2064 West 167th Street, Illinois 60428

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 09/05/24 | WMB | Review and respond to correspondence and LOI from S. Clar; | 0.25 hrs | 2 |
| 09/10/24 | WMB | Prepare, send, review and respond to correspondence with clients and S. Clar; Sign and delivery Affidavit of Special Counsel to Scott; | 0.20 hrs | 1 |
| 09/11/24 | WHH | Review bankruptcy court filings; Review and analyze documents relating to employment of WMB re special counsel; Review online court docket re foreclosure lawsuit status; Confer with WMB re same; | 0.60 hrs | 1 |
| 09/11/24 | WMB | Review correspondence and LOI from broker; Correspond with clients and bankruptcy attorney for contract terms and preparation; Begin contract preparation; Review correspondence from lender's counsel and bankruptcy counsel; | 1.25 hrs | 2 |
| 09/12/24 | WHH | Review notice from Bankruptcy Court re filing claims; Confer with WMB re same; | 0.40 hrs | |
| 09/12/24 | WMB | Complete draft PSA; Send same to clients, bankruptcy attorney and brokers with transmittal; Review correspondence from brokers and Buyer's pre-approval letter; | 0.50 hrs | 1 |
| 09/16/24 | WMB | Prepare, send, review and respond to multiple matter correspondence; | 0.40 hrs | 1 |
| 09/17/24 | WMB | Phone conference with brokers to discuss PSA broker terms and go-forward procedure; | 0.25 hrs | 2 |

| Client Number | 018564 | Matter Number | 00003 | | PAGE | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 09/18/24 | WMB | Review and respond to correspondence with clients; Extended phone conferences with clients in response to Cook County inquiry and property visit; Contact County for update on same; Review correspondence from County; | 1.65 hrs | 2 |
| 09/19/24 | WMB | Prepare, send, review and respond to correspondence with clients; Receive message from Cook County and send same to clients; | 0.25 hrs | 2 |
| 09/20/24 | WMB | Review correspondence from clients and S. Clar; Phone conference with Scott re: same and go-forward procedure; Phone conference with Alek re: matter status, sales contract status and escrow; | 0.50 hrs | 1 |
| 09/24/24 | WMB | Review revised PSA from Buyer's attorney; Send same to clients and S. Clar for review with transmittal; Review response from Scott; | 1.00 hrs | |
| 09/25/24 | WMB | Conference call with clients, S. Clar and brokers to discuss responses to Buyer's proposed contract modifications; Phone conference with C. Nelson re: results of call with Buyer; Prepare PSA trackline and send to clients for review; Review property records for survey in response to client's request; Receive clients' trackline approval; | 2.35 hrs | 2 |
| 09/26/24 | WMB | Prepare, send, review and respond to correspondence with clients, brokers and Buyer's attorney; | 0.50 hrs | |
| 09/27/24 | WMB | Prepare, send, review and respond to correspondence with clients and bankruptcy attorney; Prepare revised PSA and send to clients, bankruptcy attorney and brokers for review; | 0.75 hrs | 2 |
| 09/30/24 | WMB | Prepare, send, review and respond to correspondence with clients; Send revised PSA to Buyer's attorney; | 0.25 hrs | 2 |

Charges for Services                11.10  hrs                $4,717.50

**BILLING SUMMARY**

TOTAL SERVICES                                 $4,717.50

**TOTAL NEW CHARGES**                          **$4,717.50**
NET BALANCE FORWARD                            $15,581.78

**TOTAL BALANCE NOW DUE**                      **$20,299.28**

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860

Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

Client No:  018564
Matter No:  00003      WMB
Billed Date:  11/05/2024
Bill No:  173648
Billed Through:  10/31/2024

Re:    Sale of 2064 West 167th Street, Illinois 60428

| | |
|---|---:|
| TOTAL SERVICES FOR THIS MATTER | $6,013.75 |
| TOTAL CHARGES FOR THIS BILL | $6,013.75 |
| NET BALANCE FORWARD | $20,299.28 |
| **TOTAL BALANCE NOW DUE** | **$26,313.03** |

## REMITTANCE COPY

*Please Return Remittance Copy With Your Payment.*

*For Your Convenience, We Accept Visa, MasterCard, Discover and American Express.*
*Payments can be made online at WWW.GSRNH.COM (select the "Pay Online" menu option).*
*Please Contact Our Accounts Receivable Department With Any Questions.*

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

| | | |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Bill Date: | 11/05/2024 | |
| Bill No: | 173648 | |
| Billed Through: | 10/31/2024 | |

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF | 10/02/2024 | $20,299.28 |
| PAYMENTS RECEIVED | | $0.00 |
| NET BALANCE FORWARD | | $20,299.28 |

Re:   Sale of 2064 West 167th Street, Illinois 60428

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | |
|---|---|---|---|---|
| 10/01/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, Buyer's attorney and S. Clar; Phone conference with S. Clar; Update PSA, prepare execution copy of same and send to Buyer's attorney for Buyer's signature; | 1.20 hrs | 1 |
| 10/02/24 | WMB | Prepare, send, review and respond to multiple correspondence with Buyer's attorney, clients and broker; Phone conference with broker; Revise PSA and send to clients and attorney; | 0.50 hrs | 1 |
| 10/03/24 | WMB | Review executed PSA; Send same to bankruptcy attorney; Correspond with clients for property documents' delivery and survey; Confer with EDG for title and escrow order; Review, sign and return escrow agreement to title company; Prepare matter checklist; | 0.70 hrs | 1 |
| 10/04/24 | WMB | Prepare, send, review and respond to matter correspondence with clients and bankruptcy attorney; | 0.25 hrs | 2 |
| 10/07/24 | WMB | Correspond with clients and S. Clar for matter update, PSA court approval, survey order, due diligence documents' delivery, and go-forward procedure; | 0.40 hrs | |
| 10/08/24 | WMB | Prepare, send, review and respond to correspondence with clients; Review survey proposal; Review filing notice from S. Clar's office; Confer with EDG for due diligence documents; | 0.55 hrs | 2 |
| 10/09/24 | WMB | Review title commitment; Prepare detailed summary of title exceptions, waiver requirements, and go-forward tasks and send to clients and bankruptcy attorney for review; Phone conference with S. Clar for same; | 1.75 hrs | 2 |

| Client Number | 018564 | Matter Number | 00003 | | PAGE | 2 |

Review correspondence from S. Clar, Byline attorney and client;

| 10/10/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients; Send property documents link to Buyer's attorney; | 1.15 hrs | 2 |

| 10/11/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients and S. Clar; Correspond with surveyor for survey information; | 0.65 hrs | 2 |

| 10/16/24 | WMB | Review and respond to correspondence with S. Clar; | 0.15 hrs | 2 |

| 10/21/24 | WMB | Prepare, send, review and respond to correspondence with Buyer's attorney and clients; Review ALTA survey; | 0.50 hrs | 1 |

| 10/22/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients as well as review correspondence from County; Phone conference with broker for matter status and follow up; | 0.90 hrs | 1 |

| 10/23/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients; Review PSA for same; Review title objection notice from Buyer's attorney; Send same to clients for review; Prepare draft title objection response letter and send to clients for review and approval; | 2.50 hrs | 1 |

| 10/24/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients and S. Clar; Review PSA for same; Review additional lease from Alek; Receive title objection response approval from clients and send same to Buyer's attorney; Phone conference with attorney for Alina for closing proceeds' distribution status and possible escrow; | 1.00 hrs | 1 |

| 10/25/24 | WMB | Review and respond to correspondence from Alek; | 0.20 hrs | |

| 10/28/24 | WMB | Phone conference with C. Nelson for matter status; Review correspondence from Alina's attorney; Send same to clients for review with copy to S. Clar; Review correspondence from broker and Alina; | 0.40 hrs | 1 |

| 10/29/24 | WMB | Follow up with Alek for lease information to complete response to Cook County; Receive information and send response to County; Review and respond to correspondence from S. Clar; Phone conference with Scott for same and follow up; | 0.45 hrs | 2 |

| 10/30/24 | WMB | Review multiple matter correspondence; Phone conference with S. Clar; | 0.45 hrs | 2 |

| 10/31/24 | WMB | Review correspondence from clients, S. Clar and Buyer's attorney; Phone conference with S. Clar; | 0.45 hrs | 2 |

|  | | Charges for Services | 14.15 hrs | $6,013.75 |

**BILLING SUMMARY**

Client Number      018564      Matter Number   00003                                    PAGE      3

| | |
|---|---|
| TOTAL SERVICES | $6,013.75 |
| **TOTAL NEW CHARGES** | **$6,013.75** |
| NET BALANCE FORWARD | $20,299.28 |
| **TOTAL BALANCE NOW DUE** | **$26,313.03** |

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

Client No:  018564
Matter No:  00003      WMB
Billed Date:  12/03/2024
Bill No:  173988
Billed Through:  11/30/2024

Re:    Sale of 2064 West 167th Street, Illinois 60428

| | |
|---|---:|
| TOTAL SERVICES FOR THIS MATTER | $2,316.25 |
| TOTAL CHARGES FOR THIS BILL | $2,316.25 |
| NET BALANCE FORWARD | $26,313.03 |
| **TOTAL BALANCE NOW DUE** | **$28,629.28** |

## REMITTANCE COPY

*Please Return Remittance Copy With Your Payment.*

*For Your Convenience, We Accept Visa, MasterCard, Discover and American Express.*
*Payments can be made online at WWW.GSRNH.COM (select the "Pay Online" menu option).*
*Please Contact Our Accounts Receivable Department With Any Questions.*

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

**835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860**
**Telephone (630) 655-6000 . Facsimile (630) 655-9808**

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

|  |  |  |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Bill Date: | 12/03/2024 | |
| Bill No: | 173988 | |
| Billed Through: | 11/30/2024 | |

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF | 11/05/2024 | $26,313.03 |
| PAYMENTS RECEIVED | | $0.00 |
| NET BALANCE FORWARD | | $26,313.03 |

Re:   Sale of 2064 West 167th Street, Illinois 60428

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 11/04/24 | WMB | Review multiple correspondence from clients, Buyer and S. Clar; | 0.50 hrs |
| 11/05/24 | WMB | Review correspondence from clients and S. Clar; | 0.20 hrs |
| 11/06/24 | WMB | Prepare, send, review and respond to correspondence with clients and Buyer's attorney; | 0.25 hrs |
| 11/07/24 | WMB | Prepare, send, review and respond to correspondence with Buyer's attorney, clients, S. Clar, and title company; | 0.25 hrs |
| 11/08/24 | WMB | Prepare, send, review and respond to correspondence title company, Buyer's attorney, clients and S. Clar; Review updated title commitment and proforma policy; | 0.40 hrs |
| 11/12/24 | WMB | Review correspondence from S. Clar and lender counsel; | 0.10 hrs |
| 11/13/24 | WMB | Review correspondence and Motion to Enter into Commercial Lease and separate Notice of Hearing and Objection to Claim from S. Clar's office; | 0.40 hrs |
| 11/14/24 | WMB | Prepare, send, review and respond to correspondence with clients, S. Clar and brokers; Review correspondence and First Amendment to PSA from Buyer's attorney; Send same to clients for review and response; | 0.35 hrs |

| Client Number | 018564 | Matter Number | 00003 | PAGE | 2 |

| 11/15/24 | WMB | Prepare, send, review and respond to correspondence with clients, Buyer's attorney and S. Clar; Review executed First Amendment to PSA; | 0.50 hrs |
| 11/18/24 | WMB | Review correspondence from Alek and S. Clar; | 0.15 hrs |
| 11/25/24 | WMB | Prepare, send, review and respond to correspondence with clients, S. Clar, Buyer's attorney and client's individual attorneys; Phone conference with S. Clar; Review updated Markham inspection report; Confer with EDG for closing requirements, documents and follow up; | 1.20 hrs |
| 11/26/24 | WMB | Review correspondence from Buyer's attorney; Send same to clients, S. Clar and brokers for review; Prepare, send, review and respond to correspondence with S. Clar, clients and Alina's attorney for closing status and funds' escrow; Review multiple, additional correspondence from Alek's attorney, Alina's attorney, and S. Clar for funds' distribution issues and possible resolution and/or escrow; | 0.85 hrs |
| 11/27/24 | WMB | Review title commitment for clearance for closing; Confer with EDG re: same and follow up; Review correspondence from title company for same; | 0.30 hrs |

| | Charges for Services | 5.45 hrs | $2,316.25 |

**BILLING SUMMARY**

| TOTAL SERVICES | $2,316.25 |
| **TOTAL NEW CHARGES** | **$2,316.25** |
| NET BALANCE FORWARD | $26,313.03 |
| **TOTAL BALANCE NOW DUE** | **$28,629.28** |

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

Client No:  018564
Matter No:  00003        WMB
Billed Date:  01/03/2025
Bill No:  174428
Billed Through:  12/31/2024

Re:    Sale of 2064 West 167th Street, Illinois 60428

| | |
|---|---:|
| TOTAL SERVICES FOR THIS MATTER | $14,585.00 |
| TOTAL EXPENSES FOR THIS MATTER | $103.17 |
| TOTAL CHARGES FOR THIS BILL | $14,688.17 |
| NET BALANCE FORWARD | $28,629.28 |
| **TOTAL BALANCE NOW DUE** | **$43,317.45** |

## REMITTANCE COPY

*Please Return Remittance Copy With Your Payment.*

*For Your Convenience, We Accept Visa, MasterCard, Discover and American Express.*
*Payments can be made online at WWW.GSRNH.COM (select the "Pay Online" menu option).*
*Please Contact Our Accounts Receivable Department With Any Questions.*

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

**835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860**
**Telephone (630) 655-6000 . Facsimile (630) 655-9808**

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

|  |  |  |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Bill Date: | 01/03/2025 | |
| Bill No: | 174428 | |
| Billed Through: | 12/31/2024 | |

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF | 12/03/2024 | $28,629.28 |
| PAYMENTS RECEIVED | | $0.00 |
| NET BALANCE FORWARD | | $28,629.28 |

Re:   Sale of 2064 West 167th Street, Illinois 60428

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 12/02/24 | WMB | Review correspondence from Alek's attorney and S. Clar; Confer with EDG re: matter status, closing documents' preparation, and follow up with Buyer's attorney and Calumet Drainage District; | 0.40 hrs |
| 12/03/24 | WMB | Prepare, send, review and respond to correspondence with clients, brokers, clients' attorneys, and Buyer's attorney; Review Bulk Sales Release from IDOR; Review updated Calument Drainage District payment notice; Phone conference with broker for matter update; | 0.60 hrs |
| 12/05/24 | WMB | Review correspondence Alek and Alina's individual attorneys; | 0.10 hrs |
| 12/06/24 | WMB | Review and respond to correspondence from Alina and Alek's attorney and S. Clar; | 0.35 hrs |
| 12/09/24 | WMB | Prepare, send, review and respond to correspondence with brokers, clients, Buyer's attorney, and S. Clar; Review Second Amendment to PSA; Send same to clients with transmittal; Receive approval and send signed Amendment to attorney with transmittal; Review documentation from S. Clar; Phone conference with Scott re: same and go-forward procedure; | 0.75 hrs |
| 12/10/24 | WMB | Prepare, send, review and respond to multiple correspondence with S. Clar, Byline attorneys, title company, clients and Buyer's attorney; Phone conference with S. Clar for title clearance documentation; Review Court Sale Order; Confer with EDG for additional title clearance documentation and follow up; Review real estate tax information; | 1.55 hrs |
| 12/11/24 | WMB | Prepare, send, review and respond to correspondence with clients, Buyer's | 0.65 hrs |

| Client Number | 018564 | Matter Number | 00003 | | PAGE | 2 |

attorney and S. Clar; Phone conference with Scott re: same, overall matter status, and go-forward procedure;

| 12/12/24 | WMB | Respond to correspondence from client; Review Byline payoff statement and send same to clients and S. Clar; Confer with EDG for same, closing statement and documents' preparation; | 0.25 hrs | 2 |

| 12/13/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, S. Clar, Buyer's attorney and title company; Phone conference with S. Clar; Confer with EDG for title company closing documents' terms; | 1.00 hrs | 1 |

| 12/16/24 | WMB | Prepare, send, review and respond to correspondence with clients, Buyer's attorney, and S. Clar; Phone conference with CDEC for possible 1031 exchange; Phone conference with S. Clar re: 1031 exchange requirements and feasibility with bankruptcy; Phone conference with C. Nelson for matter update; | 1.15 hrs | 2 |

| 12/16/24 | EDG | Prepare closing documents and closing statement; | 2.00 hrs | |

| 12/17/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, S. Clar, and clients' individual attorneys; Conferences with EDG for Markham documentation requirements and follow up with Buyer's attorney; Review Markham documents; | 1.40 hrs | |

| 12/18/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients; Separate phone conferences with Alina, Alek, and S. Clar; Conferences with EDG for closing documents, delivery, Village follow up, and go-forward procedure; Review closing documents; | 1.50 hrs | 1 |

| 12/19/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, S. Clar, Buyer's attorney, client's individual attorneys, brokers, and title company; Separate phone conferences with Alina, S. Clar, and Alina's attorney; Multiple conferences with EDG for closing documents revisions, delivery, Village documents and follow up, and go-forward procedure; Review additional closing and Village documents; | 3.25 hrs | 2 |

| 12/19/24 | EDG | Complete Village Transfer Stamp form and Final Water Reading Form, and emailed forms to the City of Markham along with supporting documents. Schedule with City of Markham final water reading and multiple phone calls with Building Department regarding transfer stamp; | 2.00 hrs | |

| 12/20/24 | RAS | Confer with real estate department re: LLC not in good standing, Certificate of Good Standing required for closing, review Secretary of State website re: delinquent Annual Report, discuss online processing; client informed WMB of electronic filing; confirm update of Secretary of State data, inform EDG Certificate of Good Standing now available; | 0.20 hrs | |

| 12/20/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, S. Clar, clients' individual attorneys, title company, Buyer's attorney, and IDOR; Review revised Closing Statements; Separate phone conferences with Alina and S. Clar; Multiple conferences with EDG re: matter status, issues, documentation, and follow up; | 3.75 hrs | 2 |

| 12/20/24 | EDG | Online Order Certificates of Good Standing for Seller and Buyer from the website of the Secretary of State; | 0.50 hrs | |

| Client Number | 018564 | Matter Number  00003 | | PAGE | 3 |

| | | | | |
|---|---|---|---|---|
| 12/23/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, clients' attorneys, S. Clar, title company, and Buyer's attorney; Phone conference S. Clar and Alek's attorney (C. Mordock); Review documents and draft Settlement Statements from title company; Conferences with EDG for follow up with Village for transfer stamp status and requirements, as well as follow up with clients and title company for closing documentation and requirements; | 3.50 hrs | 1 |
| 12/23/24 | EDG | Order prepaid Federal Express envelope for Seller, Oleksandr Dovgal and email all closing documents to him for his signture; | 0.75 hrs | 2 |
| 12/24/24 | WMB | Prepare and send matter update/inquiries to clients, clients' attorneys, and S. Clar; Review correspondence from S. Clar; Review additional correspondence from Alek's attorney and S. Clar; | 0.75 hrs | 2 |
| 12/26/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, client's attorneys, S. Clar, Buyer's attorney, and title company; Review documents from IDOR and Buyer's attorney; | 1.60 hrs | |
| 12/27/24 | WMB | Prepare, send, review and respond to multiple correspondence with clients, client's attorneys, S. Clar, and title company; Multiple, separate phone conferences with Alina, Alek, Markham, Alina's attorney, Buyer's attorney's office, and title company; Perform sale closing, including review of additional documents; | 6.00 hrs | 1 |
| 12/27/24 | EDG | Deliver original, signed closing documents to First American Title, Westchester office; | 0.50 hrs | |
| 12/27/24 | EDG | Meet with client and WMB to review and sign closing documents; | 0.50 hrs | |
| 12/27/24 | EDG | Multiple phone calls to City of Markham regarding status of the transfer stamp; | 1.00 hrs | |
| 12/30/24 | WMB | Prepare, send, review and respond to multiple, additional correspondence with clients, clients' attorneys, S. Clar, Buyer's attorney, lender, and title company; Multiple, separate phone conferences with City of Markham, title company, and Alina's attorney; Review additional documentation from title company; | 2.25 hrs | 2 |
| 12/31/24 | WMB | Prepare, send, review and respond to correspondence with S. Clar, lender's attorney, title company, Buyer's attorney, and clients; | 0.45 hrs | 2 |

| | Charges for Services | 38.70 hrs | $14,585.00 |

**REIMBURSABLE EXPENSES**

| | | |
|---|---|---|
| 12/20/24 | Secretary of State for Certificate of Good Standing for Dovgal Enterprises LLC ($26.000) and Sam Express Prime LLC ($26.00); | $52.00 |
| 12/23/24 | Federal Express to Oleksandr Dovgal (closing documents); | $51.17 |

| | Charges for Expenses | $103.17 |

Client Number     018564      Matter Number   00003                                    PAGE        4

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL SERVICES | $14,585.00 |
| TOTAL EXPENSES | $103.17 |
| **TOTAL NEW CHARGES** | **$14,688.17** |
| NET BALANCE FORWARD | $28,629.28 |
| **TOTAL BALANCE NOW DUE** | **$43,317.45** |

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

|  |  |  |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Billed Date: | 01/06/2025 | |
| Bill No: | 174556 | |
| Billed Through: | 01/06/2025 | |

Re:   Sale of 2064 West 167th Street, Illinois 60428

| | |
|---|---|
| TOTAL SERVICES FOR THIS MATTER | $1,955.00 |
| TOTAL CHARGES FOR THIS BILL | $1,955.00 |
| NET BALANCE FORWARD | $28,247.77 |
| **TOTAL BALANCE NOW DUE** | **$30,202.77** |

## REMITTANCE COPY

*Please Return Remittance Copy With Your Payment.*

*For Your Convenience, We Accept Visa, MasterCard, Discover and American Express.
Payments can be made online at WWW.GSRNH.COM (select the "Pay Online" menu option).
Please Contact Our Accounts Receivable Department With Any Questions.*

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

**Attorneys at Law**

**835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860**
**Telephone (630) 655-6000 . Facsimile (630) 655-9808**

Oleksandr Dovgal and Alina Kim, Managers
Dovgal Enterprises, LLC
2064 West 167th Street
Markham, Illinois 60428

|  |  |  |
|---|---|---|
| Client No: | 018564 | |
| Matter No: | 00003 | WMB |
| Bill Date: | 01/06/2025 | |
| Bill No: | 174556 | |
| Billed Through: | 01/06/2025 | |

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF     01/03/2025 | $43,317.45 |
| PAYMENTS RECEIVED | $14,602.18 |
| A/R ADJUSTMENTS | ($467.50) |
| NET BALANCE FORWARD | $28,247.77 |

Re:   Sale of 2064 West 167th Street, Illinois 60428

## FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/02/25 | WMB | Prepare, send, review and respond to correspondence with clients, S.Clar, clients' individual attorneys, and broker; Phone conference with Alina's attorney; | 0.60 hrs |
| 01/03/25 | WMB | Prepare, send, review, and respond to multiple correspondence with clients, title company, Buyer's attorney, S. Clar, and clients' attorneys to finalize and complete closing; Multiple, separate phone conferences with Alina and title company; Review revised Settlement Statement and real estate tax information; Phone conference with S. Clar for Seller proceeds' receipt; Advise broker for matter closing; | 4.00 hrs |

| | | |
|---|---|---|
| Charges for Services | 4.60  hrs | $1,955.00 |

### BILLING SUMMARY

| | |
|---|---|
| TOTAL SERVICES | $1,955.00 |
| **TOTAL NEW CHARGES** | **$1,955.00** |
| NET BALANCE FORWARD | $28,247.77 |
| **TOTAL BALANCE NOW DUE** | **$30,202.77** |

Form 85 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          Case Number:  24-10615
Dovgal Enterprises, LLC                   )
                                          )
                                          )          Chapter:  11
                                          )
                                          )                    Honorable Timothy A. Barnes
                                          )                    SELECT IF OUTLYING AREA
            Debtor(s)                     )

**ORDER ALLOWING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF
EXPENSES TO DEBTOR'S SPECIAL COUNSEL ON SHORTENED NOTICE**

THIS MATTER COMING TO BE HEARD upon the First and Final Motion ("Motion") of
GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. ("GSRNH"), special counsel for
DOVGAL ENTERPRISES LLC, Debtor-Debtor-in-Possession herein ("Debtor"), for First and Final
Allowance of Compensation and Reimbursement of Expenses to GSRNH as Special Counsel on
Shortened Notice, pursuant to Sections 330 and 331 of the Bankruptcy Code; proper notice having been
provided; no objections having been interposed; this Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

A)   GSRNH is allowed first and final compensation and reimbursement of expenses for its
representation of the Debtor during the period August 13, 2024, through and including January 6, 2025,
for fees in the amount of $30,202.77 and  expenses in the amount of $171.27, respectively.

B)   The Debtor is authorized to pay GSRNH any amounts allowed and further fees in
connection with this Motion and other matters to conclude this Chapter 11 case.

C)   Notice given is deemed sufficient.

                                                        Enter:

Dated:                                                  United States Bankruptcy Judge

**Prepared by:**
DEBTOR'S COUNSEL:
Scott R. Clar (Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle St., #3950
Chicago, IL  60603
(312) 641-6777
sclar@cranesimon.com